AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Delaware

FILED
NOV 12 2026
US DISTRICT COURT
DISTRICT OF DELAWARE

United States of America
v.
John L. Noble

Defendant(s)

Case No. 26-632M

REDACTED

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 2022 to January 2024 in the county of New Castle in the District of Delaware, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2261A(2) | Cyberstalking |
| 18 U.S.C. 875(d) | Interstate Threats |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Andrew P. Rosaio
*Complainant's signature*

TFO Andrew P. Rosaio, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed R. Crim. P.4.1 and 4(d).

Date: November 12, 2026

*Judge's signature*

City and state: Wilmington, DE

Hon. Sherry R. Fallon, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrew P. Rosaio, a Task Force Officer with the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I make this affidavit in support of a criminal complaint against John NOBLE ("NOBLE").

2. Based upon my training and experience and the facts set forth in this affidavit, there is probable cause to believe that NOBLE engaged in the sextortion of two women in violation of federal laws, including: Title 18, United States Code, Sections 2261A(2) (Cyberstalking) and 875(d) (Interstate Threats) (the "SPECIFIED FEDERAL OFFENSES"). More specifically, NOBLE arranged with two women online to pay them a specific sum of money in exchange for nude images and videos of the women. The women sent the sexually explicit content to NOBLE. However, NOBLE never paid the women. Instead, NOBLE began threatening to post the sexually explicit content online if the women did not do what NOBLE demanded. Eventually, the women stood up to and stopped engaging with NOBLE, and NOBLE posted their sexually explicit content online.

3. I am a sworn member of the New Castle County Police Department, employed since June 2012, and I am currently assigned to the Investigative Services Section, assigned to the Violent Crimes Interdiction Team ("VCIT") where I am responsible for the investigation of violent crimes and drug offenses. Since January 2020, I have also been a Task Force Officer ("TFO") with the FBI assigned to the Safe

Streets Task Force where I am responsible for investigating violent crimes. During my law enforcement tenure, I have participated in numerous criminal investigations into violations of federal and state laws, including extortion/sextortion investigations, that have led to arrests and convictions of violators. I have also participated in numerous aspects of criminal investigations, including physical surveillance, electronic surveillance, the preparation and execution of search and arrest warrants, interviews of witnesses, debriefs of confidential sources, and the analysis of various records (including telephone records), physical evidence, and taped recordings.

4. As a Task Force Officer, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

5. The facts in this affidavit come from my own personal observations, training and experience, and information, directly or indirectly, obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. I have not, however, knowingly withheld any fact necessary to a determination of probable cause.

## BACKGROUND ON SPECIFIED FEDERAL OFFENSES

6. To establish a violation of 18 U.S.C. § 2261A(2) (Cyberstalking), the government must demonstrate that an individual:

(1) With the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person;

(2) Used the mail, any interactive computer service or electronic

communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that:

(a) Placed that person in reasonable fear of death of or serious bodily injury to that person, an immediate family member, or a spouse or intimate partner, or that person's animal, or

(b) Caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to that person, an immediate family member, or a spouse or intimate partner.

7. To establish a violation of 18 U.S.C. § 875(d) (Interstate Threats), the government must demonstrate that an individual:

(1) Knowingly sent a message in interstate or foreign commerce containing a true threat to damage the reputation of another;

(2) With intent to extort money or something else of value.

Something of value is something an individual "could exercise, transfer, or sell." *Scheidler v. Nat'l Org. for Women, Inc.*, 537 U.S. 393, 405 (2003).

## PROBABLE CAUSE

### I. Summary of Investigation

8. In April 2024, the New Castle County Police Department ("NCCPD") was contacted by two adult females, referred to herein as Victim 1 (who is located in Canada), and Victim 2 (who is located in Australia) (collectively, the "Victims").[1] The Victims said they were being extorted for sexually explicit photographs and videos of themselves by an individual online, who was later identified as NOBLE, a New

[1] Although withheld from this affidavit, I am aware of the identities of the Victims in this case.

Castle, Delaware resident. The Victims have no relation or connection to each other, other than both being independently victimized by NOBLE.

9. The Victims were interviewed by NCCPD detectives via Zoom.[2] They provided various screen recordings of conversations between themselves and NOBLE.

10. Additionally, on April 2, 2025, I obtained a search warrant for information pertaining to Discord accounts associated with NOBLE, Victim 1, and Victim 2 signed by the Honorable Christopher Burke (Case No. 25-161M).

11. The investigation has revealed that the Victims met NOBLE online via a social media application identified as Twitch.[3] The Victims were "streamers" who would play video games online that they would "stream" on the Twitch platform and interact with their viewers through chat messaging. NOBLE went by the username "xClegane."

12. Eventually, the Victims became friendly with NOBLE and began communicating with NOBLE over Discord[4] and via text message. In exchange for specific sums of money, both Victims agreed to send NOBLE sexually explicit photos and videos. Although the Victims upheld their end of the agreement and sent the

---

[2] Victim 1 was interviewed by a NCCPD detective via Zoom on April 19, 2024. Victim 2 was interviewed by a NCCPD detective via Zoom on April 19, 2024.

[3] Twitch is a free video live-streaming service that allows users to watch, interact with, and broadcast content. It is especially popular for watching and interacting with others playing video games.

[4] Discord is a free platform for voice, video, and text chat with friends, gamers, and communities. Users are able to customize their profile, stream games, watch videos, as well as play built-in games together.

photos, NOBLE did not send any money. Both Victims followed up with NOBLE on multiple occasions to try to get their money. Initially, NOBLE initially gave excuses for delayed payment. Eventually, NOBLE began to threaten the Victims, including by threatening to post their photos online if they did not send additional sexually explicit images to him. Ultimately, NOBLE posted sexually explicit photos of the Victims on a pornographic website. Neither Victim received the money promised by NOBLE.

## II. NOBLE Threatened to Post and then Actually Posted Sexually Explicit Content of Victim 1 Online After She Stopped Responding to NOBLE Online

13. Victim 1 streamed her video gaming content via Twitch.

14. Victim 1 stated that a user "xClegane" began to follower her stream and send donations to her PayPal[5] account in November 2022.[6] "xClegane" continued to send donations to Victim 1 related to her streaming content.

15. Victim 1 said she received about $15,000 Canadian dollars from him in donations. The screenshots reflected that the PayPal transactions were made to Victim 1 by "John Noble." The screenshots also reflected two email addresses associated with "John Noble": xclegane20@gmail.com and goodmanjohn433@gmail.com.

---

[5] PayPal is a leading digital wallet and online payment platform that lets individuals and businesses securely send, receive, and manage funds. Users can link their bank accounts and credit cards to make purchases online, transfer money, and process payments.

[6] Based upon my knowledge of this investigation, I am aware that sending donations to streamers is normal and part of video game streaming culture.

16. Victim 1 provided law enforcement with screenshots the PayPal donations. Two example screenshots of the transactions are inserted below.







17. Records from PayPal reflect that the account associated with goodmanjohn433@gmail.com belongs to "John Noble." The birthdate and social security on the account match NOBLE's. The address on the account is [redacted] New Castle, DE 19720-1915, which is known by law enforcement to be where NOBLE resides. The phone number listed on the account is 302-553-1441. Subscriber information associated with 302-553-1441 reveals that one of the subscribers is John Noble of [redacted], New Castle, DE. A backup email for the account is johnnoble732@gmail.com.

18. Victim 1 reported that she and "xClegane" developed a friendship over Twitch. Victim 1 also communicated with "xClegane" via his phone number of 302-553-1441, which is the same number associated with NOBLE's PayPal account. Over

text message, "xClegane" told Victim 1 that his name was "John Leroy Noble Jr." Victim 1 also communicated with NOBLE over Discord. Victim 1's Discord account name was: "[redacted]". Victim 1 provided law enforcement with NOBLE's Discord account name variations: "xClegane," "xkingkage," and "Kinginoble." Victim 1 communicated with NOBLE through his xClegane account and was aware that he also had account names xkingkage and Kinginoble.

19. At some point, Victim 1 began to confide in NOBLE and told him about her financial hardships. Below is the Discord exchange where Victim 1 expressed her financial adversity and having to work for her mother:

**Victim 1** – we "share" her car

**Victim 1** – i get to pay her 400 for it but ill only get it twice a week to get to work

**Victim 1** – the bus is an hour and 40 mins

**Victim 1** – I literally cant put into words how much I cant stand working for her but I have to

**Victim 1** – am out of options so I have to put a happy face on and do the dumb shit

**Victim 1** – new job is meh

**Victim 1** – I don't regret not going to uni but I just with I didn't feel so powerless when it comes to control/life

20. In approximately March 2023, NOBLE told Victim 1 that he would give her $22,000 USD if she sent him three explicit shower-scene videos and video-called

NOBLE three times so that he could watch her do sexual acts. In addition to these terms, NOBLE agreed to not screenshot or record any of the sexual acts performed.

21. Victim 1 agreed to the deal and carried out her side of the agreement. During the months of March and April 2023, Victim 1 began sharing explicit material with NOBLE consistent with their agreement. Victim 1 stated that she agreed to the arrangement in order to light her financial burdens.

22. NOBLE also wanted Victim 1 to keep up regular communication with him. For example, on April 30, 2023, NOBLE began communicating with Victim 1 via text message and questioned her regarding her whereabouts over the weekend. NOBLE accused Victim 1 of being untruthful and believed she was in the company of another male. During the exchange, NOBLE stated that he was entitled to question Victim 1 because he was offering to pay her $100,000. He sent multiple texts in a row and said things like "Fucking answer." When Victim 1 did not respond to NOBLE's messages in a timely manner, NOBLE repeatedly demanded that she respond and instructed her to enable read receipts on her cellular device. NOBLE further threatened to rescind his monetary offer, alleging that Victim 1 was lying to him. Below is a screenshot depicting a portion of the conversation in which Victim 1 appears to be startled and unnerved by NOBLE's level of control and questioning, which appears to extend beyond the terms of their initial agreement:




23. During their conversations, Victim 1 asked NOBLE about the money on numerous occasions. For example, after Victim 1 contacted NOBLE via text for proof that he had sent the money, NOBLE provided screenshots of personal checks made out to Victim 1. The two WSFS checks listed "John Noble" and the address "[redacted] New Castle, DE 19720." The checks were dated 4/21/2023 and listed amounts of $20,000 and $30,000. Records from WSFS reflect that NOBLE does in fact have a WSFS bank account. A screenshot of one of the checks (with Victim 1's name redacted) is inserted below.




24. During these conversations, NOBLE sometimes became upset if he believed that Victim 1 was not being truthful with him about her daily whereabouts or activities. On multiple occasions, NOBLE also threatened to withdraw from the agreement and not send Victim 1 the money he had agreed to send her.

25. For example, on April 30, 2023, NOBLE learned that Victim 1 had been out in public with an individual he believed to be another male. NOBLE then questioned Victim 1 regarding her whereabouts. He also berated, interrogated, and eventually threatened Victim 1 with publicly posting the explicit material that she had sent him if she did not respond to him or pick up his call. Below is the text message exchange between the two:

> **NOBLE** - Text me. Don't text me ignore me all wakened again when I asked you to not to last weekend. Bro if I don't hear from you at all today I'm gonna be done with you fr it's fucking stupid to ignore someone who wrote a check for 100 ducking grand
>
> . . .
>
> **NOBLE** - What have you been doing there then dude sucking dick. Are you home? Is that where you went today that's why you said no picture. Fucking answer. Your about out of chances here . . . I wanted to tell you the checks just got to Canadian customs.
>
> . . .

**NOBLE** - Are you home

**Victim 1** - No. I'm not zo I don't care to deal with this.

**NOBLE** - You still at dudes house?? Hello

**Victim 1** - Just take your money back. Idc at this point. Have a nice life dude

**NOBLE** - I'll be recalling the checks tomorrow morning. I don't like lies so you get nothing. Thanks for the pics and vid's tho. Don't try to threaten me or black mail me either we are through you walked away from 173k. I'll be contacting PayPal as well every donation I gave you I used buyer protection so I'll be fighting to get back every dollar. When will you be home. Call me or I'll post everything you sent me online. I'm not playing. You got 1 hour to call me after that I'm posting. Are you home.

**Victim 1** - No

**NOBLE** - Where are you. Put read on.[7] When will you be home

**Victim 1** - I can talk now

**NOBLE** - When will you be home. Answer the question

**Victim 1** - I don't know

**NOBLE** - Where's the guy

**Victim 1** - With me

**NOBLE** - Then you can't talk

**Victim 1** - Phone me

**NOBLE** - Is he next to you

**Victim 1** - No

**NOBLE** - Where is he

**Victim 1** - Upstairs

**NOBLE** - I'm posting the pictures and videos. Thanks for the call

**Victim 1** - Don't. It's illegal

**NOBLE** - Threaten me good

**Victim 1** - I'm not. I'm saying it's illegal to post my nudes online

---

[7] Based upon my training and experience, NOBLE is referring to read receipts, which digital signals that tell the person sending a message when the receiver has opened and viewed it. They usually show up as small text like "Read," a timestamp, or double checkmarks under the sent text or email.

**NOBLE** - Look up the site fapello[8] It's where all twitch girls get posted

**Victim 1** - Don't do it

**NOBLE** - Fuck you

**Victim 1** - Don't

**NOBLE** - Threaten me

**Victim 1** - I'm literally not. I'm saying. Please don't

**NOBLE** - You fucking played me and lied to me for weeks probably even longer so fuck you. You call me and insult me fuck you

**Victim 1** - Don't do it. Please

**NOBLE** - You say you slept over and did nothing yea ok. Rad back on

**Victim 1** - Just don't

**NOBLE** - Why. Put read back on. What did you do last night

**Victim 1** - Im done ok. I don't want your money. And I don't want you posting anything. Just take your money back

**NOBLE** - Answer question or I'm posting period idc. Say your done idc I'll hurt you like you hurt me. Answer dude I'm running out of patience

**Victim 1** - What's the point. If you want to hurt me do i

**NOBLE** - What did you guys do last night [Victim 1]

**Victim 1** - Hurt me

**NOBLE** - Man the fuck up. Answer or I'm posting. Every fucking pic and video since the beginning. I'll give you 6 minutes to answer. [Victim 1] I'm not fucking playing here.

26. Victim 1 told NOBLE that she will press charges if he does in fact post her photos. NOBLE responded that he can't get in trouble and mentioned that his [redacted] is a police officer.[9] NOBLE then texted Victim 1 one of the nude photos that she had provided him and told her that he was uploading her photo for public view.

---

[8] Fapello is an established online content sharing website that hosts and distributes user-generated media, including photographs and videos. The website may contain sexually explicit or adult-oriented content.

[9] Your affiant is aware that NOBLE's [redacted] is in fact a police officer.

According to Victim 1, the nude photograph had been uploaded to the pornographic website www.erome.com on April 30, 2023.[10] NOBLE said "You can call me when you home and apologize I might take them down."

27. On April 30, 2023, Victim 1 blocked NOBLE's phone number. Despite being blocked, NOBLE continued to communicate with Victim 1, utilizing various telephone numbers. During these communications, NOBLE repeatedly accused Victim 1 of lying, continued to discuss the money he offered, and threatened to post Victim 1's explicit material.

28. On May 1, 2023, NOBLE found out that Victim 1 had a boyfriend and told Victim 1 how sad he was, that he had recorded her sexually explicit content despite agreeing not to, and made threats to withhold the agreed-upon payment and to post the explicit images. For example, NOBLE said "Do you know how bad it is to post nude online there's no getting them back it's really fucked up thing to do", "Your really pissing me off and I don't want to hurt you please", "I'm going to post your shit and then it ends here." Victim 1 again blocked NOBLE's phone number.

29. In response, also on May 1, 2023, NOBLE contacted Victim 1 using a different phone number. He demanded that she unblock him or he would post her nude photographs. He said "24 hours until it's verifieid and the pictures are uploaded unblock by then if you want to fix it".

---

[10] Erome.com is a video and image sharing platform that specializes in personalized and adult content. It allows creators to upload, organize, and share high-quality media.

30. Several months later, on August 2, 2023, NOBLE texted Victim 1 again. During the month of August 2023, NOBLE and Victim 1 resumed communication after Victim 1 unblocked him. During these communications, Victim 1 apologized for previously lying to NOBLE. He offered to pay $5,000 in return for Victim 1 to discontinue streaming. When Victim 1 failed to comply, NOBLE became irate and again threated to post additional explicit material. NOBLE also sent Victim 1 several nude images she had previously sent him and said "Your done streaming" "I gave you an out and that's it."

31. Then, on January 13, 2024, Victim 1 received an email from NOBLE with the subject "Unblock snap." In the email message, NOBLE included one of Victim 1's nude images and said "I see your streaming again you can unblock me or I will post what I have online".

32. On April 15, 2024, Victim 1 located additional nude photos of her on the website Erome, posted under username, "Johan3071."

33. Records from "Erome" associated with account "Johan3071" reflect that the account is associated with the email jlnoble20@gmail.com (which is the first initial, middle initial, and last name of NOBLE).

34. On April 29, 2024, Victim 1 located additional photos uploaded to another website called "motherless."[11] The photos were posted under account name "Johan71."

[11] Motherless.com is a pornographic image and video sharing website.

35. Victim 1 stated she never received any money from NOBLE for the explicit images or videos she sent him.

### III. NOBLE Threatened to Post and then Actually Posted Sexually Explicit Content of Victim 2 Online After She Refused to Send Additional Sexually Explicit Content to NOBLE

36. Victim 2 was also a "streamer" who plays video games online for viewers.

37. During the month of December 2023, Victim 2 said she was streaming on Twitch when she received a $100 donation from "xClegane" via PayPal. Thereafter, "xClegane" continued to donate to Victim 2 and donated approximately $800 to her. Victim 2 and "xClegane" were both friends of another Twitch streamer named "[redacted]

38. Victim 2 eventually gave "xClegane" her Discord account name, which is "[redacted]". " xClegane" then connected with Victim 2 via Discord where the two began regularly communicating. Victim 2 described that they got to know each other as friends. At some point, Victim 2 learned that his name was John Noble.

39. In August 2023, on Discord, NOBLE asked Victim 2 what she would do with $25,000. She said that she would pay off her debts.

40. Later, Victim 2 also confided in NOBLE that she had not seen her son in months and that money could help her get her son back. Victim 2 indicated that she owed her son's father money in child support, and if she cannot be with her son consistently, she wanted to be able to provide for him financially. Victim 2 indicated that her son's father had full custody, so she was required to pay child support. Victim 2 expressed that her financial burdens were keeping her from seeing her son and

preventing her from providing the support that he needed. NOBLE asked if the money would help her bring her son home, but she indicated that she did not know because she would have to get lawyers involved.

41. Eventually, NOBLE offered Victim 2 $50,000 in exchange for her providing sexually explicit images and videos at his request for a two-week period. NOBLE said that the photographs and videos would be just for NOBLE and that NOBLE would not share the details of this agreement with anyone. Victim 2 asked if she could have half of the money before beginning and half at the end but NOBLE said Victim 2 would be paid at the end. Victim 2 agreed. Starting on August 13, 2023, the same day she agreed to the deal, Victim 2 began to send over their Discord thread sexually explicit videos and images of herself to NOBLE. NOBLE gave Victim 2 instructions for the poses he wanted to see from Victim 2, which she complied with and sent.

42. On August 15, 2023, NOBLE asked Victim 2 if she wanted to do one "big thing" to get the entirety of the money, instead of doing the two weeks currently outlined in the agreement. Victim 2 replied that it depends on what the big thing is. It appears that NOBLE deleted his message, as the next message from Victim 2 states, "first of all thats actually illegal, secondly my friend lives 7 hours away." NOBLE replied, "I'll toss in 15k extra." Victim 2 replied, "Im not traveling 7 hours for a dog to eat me out."

43. On August 18, 2023, NOBLE asked to extend the agreement one additional week for an additional $25,000; Victim 2 agreed. NOBLE told Victim 2 he

would pay the $75,000 on the Monday after the agreement ended. Later that day, however, during their Discord communications, NOBLE told Victim 2 that he would terminate the deal if she refused to send sexual content involving a dog. Victim 2 again explained that she was uncomfortable doing that and that it is illegal. NOBLE apologized for the way he acted, and the agreement continued.

44. On August 30, 2023, Victim 2 reminded NOBLE that it was the last night of their agreement. NOBLE asked for an additional day because he was sick, to which Victim 2 agreed.

45. On September 1, 2023, NOBLE wrote that he was moving money and that he needed Victim 2's PayPal. In response, Victim 2 provided her e-mail address. NOBLE said he did not think it would take longer than two days to move the money. On September 3, NOBLE sent a screenshot of a PayPal confirmation of $50,000 being sent to Victim 2's email.

46. Throughout September 2023, Victim 2 asked NOBLE for an update on the money. In response, NOBLE tried to negotiate the receipt of additional sexually explicit content.

47. NOBLE also provided Victim 2 with various excuses including that PayPal was holding payment or that the bank was closed.

48. Victim 2 confronted NOBLE on numerous occasions throughout the months of September, October, November, and December 2023, and he continued to provide various excuses.

49. On January 14, 2024, NOBLE sent an additional PayPal screenshot showing a payment of $150,000 to Victim 2 and said that she should expect payment by January 16, 2024. After the payment screenshot, NOBLE again asked for Victim 2 to send him pictures, which Victim 2 said she would not send until she received payment. NOBLE then threatened to share her photos. Inserted below is a portion of the Discord conversation between NOBLE and Victim 2 from January 14, 2024:

**NOBLE**[12]- give me tits

**Victim 2** - Uh, no because you're demanding and I haven't been paid as I've explained to you multiple times

**NOBLE** - you really wanna test me I showed you Im paying now give me

**Victim 2** - I'm not testing you, I'm standing up for myself and saying no until I get paid, for someone that had a lot of money you don't seem to understand how transactions/business works

**NOBLE** - then you can deal with the consequences

**Victim 2** -Then you aren't a man of your word you can't punish me for standing up for myself when you haven't done your end of the deal.

**NOBLE** - I can it's my money It's not my fault your country is difficult and doesn't have any other payment source

**Victim 2** - It's not my fault either that the international transactions aren't working properly

**NOBLE** - Give me what I want until Tuesday

**Victim 2** - if they money comes in I'll consider sending something. Im not making another deal to make up for the previous deal

**NOBLE** - if it don't I'll just give you my Visa card and you can pay off whatever

**Victim 2** - Last time you said that you asked for more stuff and I refused and you backed out

**NOBLE** - Yes give me more and I'll give you one of my cards to use

**Victim 2** - No

---

[12] The Discord screenshots reflect the name "Kage." However, based upon this investigation, law enforcement believes "Kage" is NOBLE.

**NOBLE** - Ok then bye

**Victim 2** - waving emoji

**NOBLE** - Nice. Have fun with it. I'll be posting your videos online

**Victim 2** - You said bye so I waved bye what's wrong with that

**NOBLE** - nah your being bitchy. I'm over it.

**Victim 2** - How am I being bitchy by standing up for myself and waving.

**NOBLE** - To bad

**Victim 2** - Dude wtf. Just because I waved ?

**NOBLE** - Give me what I want for 3 more days

**Victim 2** - Why? That's blackmail. And I dont feel comfortable with it. Even if you wanted to I would have any time to do anything

**NOBLE** - I said 3 days

**Victim 2** - Yes and I work all day for these three days, when I get home I have to get the house ready for a real estate inspection

**NOBLE** - Show me tits

**Victim 2** - No

**NOBLE** - Ok then I'll see you

**Victim 2** - Goodnight

**NOBLE** - have a good life after these are uploaded

**Victim 2** -Dude why? Please don't. I trusted you.

**NOBLE** - 3 days

**Victim 2** - you can't blackmail me it's not fair.

**NOBLE** - You got 5 minutes til I'm done

**Victim 2** - You can't do this, it's blackmail and against our original agreement, you told me I could trust you. I've given you extra before when you said you were going to pay me even before Christmas I gave you something. You know you can actually get in serious trouble if you post these without my permission, Right?

**NOBLE** - you got 2 minutes now try me

**Victim 2** - John please. Give me more time at least

**NOBLE** - 1 minute, times up, are you gonna give me 3 days or no

**Victim 2** - I can't tonight anyway, can I please think about it overnight?

**NOBLE** - Nope times up I said tits you said no I'm uploading Bye then, This is it you want me to post all these or what

**Victim 2** -You know you can get arrested for sharing those right? Blackmail and all that?

**NOBLE** -That's it now I'm definitely posting

**Victim 2** - Dude why? I was just saying!?!

**NOBLE** - Give me tits now That's it I'm done don't bother

**NOBLE** - Ok now I'm done playing you don't want to listen Im posting it all and your address bye

**NOBLE** - Nothing to say now?

50. On January 17, 2024, Victim 2 received a message, via Discord, from "Nobully" stating that her images were online. Victim 2 told law enforcement that she knew the "Nobully" account was an alternate account for NOBLE. She knew this because she was a moderator for a community he was involved in and because "Nobully" was similar to his real last name Noble.

51. On January 24, 2024, Victim 2 received a message from Discord username "Trwvvvvvvvvvvy", who she believed to be NOBLE. The message included threats that NOBLE would send nude images to her boyfriend (whose name NOBLE knew) if she did not answer him and a screenshot depicting a nude photograph of Victim 2 posted to Erome.com.

52. On March 10, 2024, Victim 2 was contacted by "Nobully" again who said there were seven nude photographs of her on the pornographic website Erome.com. "Nobully" sent Victim 2 a screenshot of the website. The username of the poster of the images to the website was "Johan3071", which is the same username that posted images of Victim 1.

53. After the post, Victim 2 said that she spoke to her friend "[redacted] from Twitch, who also knew "xClegane," about the nude images. "[redacted] told Victim 2 that the full name for NOBLE was John Noble. Victim 2 provided law enforcement with the real name and contact information for "[redacted] Law enforcement interviewed "[redacted] on May 3, 2024.[13] "[redacted] is another Twitch streamer. NOBLE began watching his streams in December 2022 and sent donations to his channel via PayPal. "[redacted] informed law enforcement that he got to know NOBLE through the online streaming and by playing video games together online. "[redacted] said that NOBLE said that his name was "John Noble" and that he was from Delaware. "[redacted] said that NOBLE also sent "[redacted] a Facebook request (www.facebook.com/Bignoble20) and "[redacted] got to see what NOBLE looked like. A screen shot of NOBLE's Facebook is inserted below taken from approximately May 2024. I reviewed the Facebook account profile picture (which depicts a white male subject wearing glasses and a green hoodie), compared it with NOBLE's Delaware driver's license photo, and identified the male subject in the Facebook photo to be NOBLE. Additionally, "[redacted] told law enforcement he is aware that NOBLE uses more than one account including the following: "xClegane," "xkingkage," "Nobully," and "Johnny Kage." "[redacted] also told law enforcement that Victim 2 reached out to him in January 2024 and told him that NOBLE posted pictures of her nude on the internet. "[redacted] said that he saw other streams post that they banned NOBLE from Twitch and Discord for sexual harassment. Finally, "[redacted] shared with law

---

[13] Although withheld from this affidavit, I am aware of the identity of "[redacted]

enforcement the PayPal transaction history with NOBLE and Facebook website of NOBLE.




## IV. NOBLE Engaged Similar Conduct with Additional Women Online

54. During a review of all relevant investigative material, investigators identified additional potential victims who appeared to have experienced similar conduct by NOBLE.

55. The conduct included establishing relationships with women online, some of whom appeared to have fallen on hard times, grooming and manipulating them, offering or providing money in exchange for explicit material, and subsequently using the material as a means of coercion and extortion. In at least one instance, NOBLE allegedly utilized artificial intelligence to generate an explicit image

depicting a woman and used the image as a means of exploiting and exerting control over the victim.

56. These additional incidents demonstrated a recurring pattern of conduct by NOBLE involving the acquisition or creation of sexually explicit material followed by efforts to use that material to manipulate, threaten, or otherwise control them.

## CONCLUSION

57. Based on the facts set forth herein, there is probable cause to believe NOBLE has violated 18 U.S.C. §§ 2261A(2) (Cyberstalking) and 875(d) (Interstate Threats).

58. More specifically, based upon the foregoing, there is probable cause to believe that from in or about November 2022 to in or about August 2023, NOBLE did, with intent to harass and intimidate Victim 1 engaged in a course of conduct, using a facility of interstate commerce including the internet, that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to Victim 1, in violation of 18 U.S.C. § 2261A(2).

59. Similarly, based upon the foregoing, there is probable cause to believe that from in or about August 2023 to in or about January 2024, NOBLE did, with intent to harass and intimidate Victim 2 engaged in a course of conduct, using a facility of interstate commerce including the internet, that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to Victim 2, in violation of 18 U.S.C. § 2261A(2).

60. Finally, based upon the foregoing, there is probable cause to believe that from in or about January 2024, NOBLE sent Victim 2 a message in interstate commerce threatening to post online sexually explicit content and personally identifiable information of Victim 2 if Victim 2 did not send NOBLE additional sexually explicit content, in violation of 18 U.S.C. § 875(d).

61. I therefore respectfully request the court issue a complaint against NOBLE for the alleged offenses.

## REQUEST FOR SEALING

62. I further request that the Court order that all papers in support of this application, including the affidavit, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

*/s/ Andrew Rosaio*
Andrew Rosaio
Task Force Officer
Federal Bureau of Investigation

Sworn to me over the telephone and signed by me pursuant to
Fed. R. Crim. P. 4.1 on this 12th day of November, 2026.

HONORABLE SHERRY R. FALLON
UNITED STATES MAGISTRATE JUDGE